UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>               Petitioner,<br><br>vs.<br><br>CALIFORNIA ALMOND GROWERS EXCHANGE, D/B/A BLUE DIAMOND GROWERS,<br><br>               Respondent. | Civil No. 2:06-CV-00379-FCD-KJM<br><br>STIPULATION AND ORDER RE DATE AND TIME OF HEARING |

The undersigned parties do hereby stipulate that the hearing on the petition for injunctive relief pursuant to Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. Sec. 160(j), shall be heard before the Honorable Frank C. Damrell, Jr., United States District Judge, in the Eastern District of California, Courtroom 2, 501 "I" Street, Sacramento, California, on May 5, 2006, at 10:00 a.m., or as soon thereafter as counsel may be heard. The undersigned parties further stipulate that Respondent shall file its opposition brief no later than April 21, 2006, and that Petitioner shall file its Reply Brief, if any, no later than April 28, 2006.

Stipulation and Order re Hearing
Page 1

1  Dated this 1st day of March, 2006.

2

3  IT IS SO STIPULATED:

4  CALIFORNIA ALMOND GROWERS EXCHANGE

5

     /s/ Jeffold C. Schaeffer
6  By: Jerrold C. Schaeffer
    Attorney for Respondent
7

8

9  JOSEPH P. NORELLI, REGIONAL DIRECTOR
   NATIONAL LABOR RELATIONS BOARD, REGION 20

10
     /s/ David B. Reeves
11  By: David B. Reeves
    Attorney for Petitioner
12

13

14      IT IS SO ORDERED

15

16  DATED: March 1, 2006

17                                        /s/ Frank C. Damrell Jr.
18                                        Frank C. Damrell, Jr.
                                      United States District Judge

19

20

21

22

23

24

25

26

27

28