UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>CALIFORNIA ALMOND GROWERS EXCHANGE, D/B/A BLUE DIAMOND GROWERS,<br><br>Respondent. | Civil No. 2:06-CV-00379-FCD-KJM<br><br><br>STIPULATION AND ORDER RE DATE AND TIME OF HEARING |

The undersigned parties do hereby stipulate that the hearing on the petition for injunctive relief pursuant to Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. Sec. 160(j), shall be heard before the Honorable Frank C. Damrell, Jr., United States District Judge, in the Eastern District of California, Courtroom 2, 501 "I" Street, Sacramento, California, on May 5, 2006, at 10:00 a.m., or as soon thereafter as counsel may be heard.  The undersigned parties further stipulate that Respondent shall file its opposition brief no later than April 21, 2006, and that Petitioner shall file its Reply Brief, if any, no later than April 28, 2006.

Dated this 1st day of March, 2006.

IT IS SO STIPULATED:

CALIFORNIA ALMOND GROWERS EXCHANGE

_____/s/ Jeffold C. Schaeffer_____
By:  Jerrold C. Schaeffer
     Attorney for Respondent


JOSEPH P. NORELLI, REGIONAL DIRECTOR
NATIONAL LABOR RELATIONS BOARD, REGION 20

_____/s/ David B. Reeves_____
By:  David B. Reeves
     Attorney for Petitioner


       IT IS SO ORDERED

DATED: March 1, 2006

                                  /s/ Frank C. Damrell Jr.
                                  Frank C. Damrell, Jr.
                                  United States District Judge