JENNIFER A. JAMBOR (CSB No. 218363)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Proposed Amicus Curiae
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION LOCAL 17

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of the Twentieth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>vs.<br><br>CALIFORNIA ALMOND GROWERS, d/b/a BLUE DIAMOND GROWERS,<br><br>Respondent. | Case No. 2:06-CV-00379-FCD-KJM<br><br>**ORDER** |

      Based upon the authorities submitted by Proposed Amicus Curiae International Longshore and Warehouse Union Local 17 ("Local 17") in support of its Application for Leave to Participate as Amicus Curiae, said Application is hereby GRANTED. Local 17 shall have the right to submit evidence and briefs, as well as to present oral argument through counsel, in connection with the petition for temporary injunctive relief filed by the National Labor Relations Board ("NLRB") in this matter. Should any injunctive relief issue in this action, Local 17 shall enjoy the same rights in connection with any contempt proceeding which the NLRB may choose to institute, as well as in connection with any motion by Respondent to dissolve or modify such an injunction. Should witness testimony be permitted in connection with any petition or motion by the NLRB or Respondent, counsel for Local 17 shall also have the right to call, examine and cross examine witnesses. Local 17 has not sought, and is not entitled to, intervention as a party in this action, and therefore may not vary the theory of violation being advanced by the NLRB, nor initiate any appeal.

      IT IS SO ORDERED.

DATED: April 19, 2006                                         /s/ Frank C. Damrell Jr.
                                                                    UNITED STATES DISTRICT JUDGE